Robert I. Johnson, an Infant, by Alexander E. Johnson, His Guardian ad Litem, Respondent, v. The Board of Education of the City of Hudson,

Appellant.— Order unanimously affirmed, with ten dollars costs and disbursements, on the ground that sections 1522 and 205 of the Civil Practice Act are to be read together, and that the latter section indicates that a guardian ad litem is not ordinarily liable for costs.